1  **ERIC S. FISH**
   California State Bar No. 280992
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Eric_Fish@fd.org
5
   Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  20-CR-1812-CAB |
|---|---|
| Plaintiff, | Hon. Cathy A. Bencivengo |
| v. | **Motion to withdraw due to conflict of interest** |
| ALEXANDRA BELL, | |
| Defendant. | |

Federal Defenders of San Diego has learned that it has a conflict of interest in this case due to another representation, and undersigned defense counsel has been informed by management that he must withdraw as the attorney. This information has been conveyed to Ms. Bell.  Defense counsel requests that a new attorney be appointed from the CJA panel. If the Court requires additional information about the nature of the conflict, this can be provided under seal and *ex parte*.

Respectfully submitted,

Dated:  October 2, 2020      *s/ Eric S. Fish*
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on all parties by virtue of their registration with the CM/ECF system.

Respectfully submitted,

Dated: October 2, 2020          *s/ Eric S. Fish*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Eric_Fish@fd.org